

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00423-CR

**IN RE** Albert Ray **SANCHEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Irene Rios, Justice

Delivered and Filed:  July 19, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On July 3, 2017, Relator filed a petition for writ of mandamus, complaining about his underlying felony conviction.  According to Relator's petition, the conviction in question was rendered on February 5, 2015, although Relator did not include a copy of this judgment with his mandamus record.  This conviction was not appealed.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to final post-conviction felony proceedings: this court does not have jurisdiction to grant post-conviction relief from an otherwise final felony conviction.  *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995);  *In re Stone*, 26 S.W.3d 568, 569 (Tex. App.—Waco 2000, orig. proceeding); *see also* TEX. CODE CRIM. PROC.

---

[1] This proceeding arises out of Cause No. 2079, styled *The State of Texas v. Albert Ray Sanchez*, pending in the 112th Judicial District Court, Sutton County, Texas, the Honorable M. Brock Jones, Jr. presiding.

ANN. art. 11.07 (West 2015). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus.

Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH